# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHNAZ MIRAKBARI,<br>    Plaintiff,<br><br>            v.<br><br>SCOTT M. OUDKIRK, et al.,<br>    Defendants. | Civil No.: 2:22-cv-03204 (GW-PVC) (ECF)<br><br>**ORDER [~~PROPOSED~~]**<br>The Honorable George H. Wu |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 22nd day of November 2022.

_____
The Honorable George H. Wu,
United States District Judge

1

# LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

The following attorneys are entitled to be notified of the entry of this Order:

**Joshua L. Goldstein, Esq**
Attorney for Plaintiff
Goldstein Immigration Lawyers
611 Wilshire Blvd., Suite 317,
Los Angeles, CA 90017
Telephone: (213) 425-1979
Email: jg@jgoldlaw.com
United States District Court for the Central District of California Bar No. CA Bar # 332467

**RAHUL R.A. HARI** (Cal. Bar No. 313528)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2420
E-mail: Rahul.Hari@usdoj.gov

Attorneys for Defendants